
**P**ublic
**D**efender's
**O**ffice
Harris County, Texas

ACCEPTED
14-18-00348-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/14/2018 2:06 PM
CHRISTOPHER PRINE
CLERK

1201 Franklin Street, 13th Floor
Houston, Texas 77002
713.368.0016
713.368.9278  eFax

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/14/2018 2:06:09 PM
CHRISTOPHER A. PRINE
Clerk

May 14, 2018

Criminal Appellate Bureau
Harris County District Clerk's Office
1201 Franklin Street, 3rd Floor
Houston, Texas 77002

Re:     *Marques Sirls  v. The State of Texas*
         Appellate No. 14-18-00347-CR and 14-18-00348-CR, in the 14th Court of Appeals
         Trial Court Cause No. 1541904 and 1542051, from the 338th District Court, Harris County

To Whom it May Concern:

Pursuant to Rule 34.5(c)(1) of the Texas Rules of Appellate Procedure, I am requesting that you prepare, certify, and file in the 14th Court of Appeals in appellate cause number 14-18-00347-CR and 14-18-00348-CR a Supplemental Clerk's Record containing: <u>State's Response to Defendant's Motion to Produce Tracking Device Warrant and Affidavit</u> and <u>State's proposed findings of fact and conclusions of law.</u>

If any of these documents do not exist, Appellant requests that an affidavit be prepared stating which document does not exist. These documents may have also been filed in Trial Court Cause Numbers 1541902 and 1541903. Thank you for your time and courtesies in this matter. Should you have any questions, please do not hesitate to contact me. My email address is <u>nicholas.mensch@pdo.hctx.net</u>

Sincerely,

*/s/ Nicholas Mensch*
Nicholas Mensch
Assistant Public Defender
Appellate Division

cc:     Eric Kugler                          Hon. Christopher A. Prine
        Assistant District Attorney          Clerk, 14th Court of Appeals
        Harris County, Texas                 301 Fanin Street, Suite 245
        1201 Franklin Street, 6th Floor      Houston, Texas 77002
        Houston, Texas 77002                 **VIA E-File**
        Kugler_eric@dao.hctx.net
        **VIA E-File**